# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:17-cr-45 |
| | ) |
| v. | ) District Judge Harry S. Mattice |
| | ) |
| JEREMY BABCOCK | ) Magistrate Judge Christopher H. Steger |

# ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 23] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1); and (4) order that Defendant remain in custody until sentencing in this matter. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 9, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

                                                 */s/ Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE